UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETA-GAYLE WHITE,

Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

Defendants.

26-cv-873 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the amended complaint (ECF No. 20).

SO ORDERED.

Dated: New York, New York
September 7, 2026

John G. Koeltl
United States District Judge